**FILED**

AUG 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 00501 SBA |
| Plaintiff, | DETENTION ORDER |
| v. | |
| CURTIS ANDREW DENTON, | |
| Defendant. | |

The Court conducted hearings on the government's motion to detain Mr. Denton on August 1 and August 15, 2006.

After considering proffers by the government and the defense and two reports from Pretrial Services, the Court has concluded that clear and convincing evidence compels the conclusion that there are no terms and conditions under which Mr. Denton could be released before trial that would reasonably assure the safety of the community.

cc: WDB's Stats, Copy to parties via ECF, Pretrial Usca, 2 certified Marshal

United States District Court
For the Northern District of California

The central predicate for this conclusion is Mr. Denton's criminal record. He has suffered ten felony convictions and one misdemeanor conviction, almost all of which have been based on trafficking in or possessing drugs. In addition, he has been returned to custody no fewer than seven separate times (twice as an "outpatient returnee") for violating terms of parole or probation. He has at least a half-dozen additional arrests.

Counsel for Mr. Denton argued during the hearings on this matter that Mr. Denton has been conviction-free for a decade. That argument misses an important mark, however, because in mid-2001 Mr. Denton was returned to custody for a parole violation based on drug use, in mid-2002 he was arrested in Louisiana and charged with possessing more than 500 grams of cocaine with intent to sell it, possessing marijuana with intent to sell it, and conspiracy (it is not clear whether this arrest was followed by a conviction), in early 2005 he was shot (in circumstances his counsel did not explain), and he is charged in this case with possessing (for sale) at least 50 grams of a substance containing cocaine base and a loaded firearm on May 1, 2006. These facts undercut substantially any suggestion that Mr. Denton has undergone some significant change of heart and behavior in the last few years.

There are additional considerations that support the Court's decision to detain Mr. Denton. He admitted to Pretrial Services that he was addicted to crack cocaine between 1983 and 1993 and to alcohol from 1985 to the year 2000. He also admitted that he has been using marijuana every other day for the past five to ten years. Mr. Denton has never had sustained employment. And when he was interviewed by Pretrial Services, he failed to disclose that he is married and has a son – information provided by his girlfriend of the last seven years or so, with whom he has a daughter.

2

1  Given all of these facts, the Court has no confidence that if it released Mr.

2  Denton (on any set of available conditions) pending disposition of this case, he would

3  not revert to trafficking in and/or using illegal drugs.   It follows that the Court must

4  ORDER MR. DENTON DETAINED.

5

6  IT IS SO ORDERED.

7

8  Dated: August 15, 2006.

9                                                          WAYNE D. BRAZIL

10                                                         United States Magistrate Judge

11  Copies to:

12      All parties,
        WDB, Stats
13

14                                                         denton detention order

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3