COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
CURTIS DENTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-00501 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| vs. ) | CONFERENCE |
| ) | |
| CURTIS DENTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Defendant CURTIS DENTON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Lucinda Simpson, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, November 14, 2006, at 9:00 a.m. to Tuesday, December 12, 2006, at 9:00 a.m.  Mr. Cooper is beginning a trial in Contra Costa County on November 13, 2006 and therefore is unable to appear for Mr. DENTON's status conference on November 14th.

     The parties further stipulate and agree that the period from November 14, 2006 to December 12, 2006 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) to allow for continuity of defense counsel.

DATED: November 8, 2006                   /s/ COLIN L. COOPER
                                                     Attorney for Defendant CURTIS DENTON

DATED: November 8, 2006                   /s/ LUCINDA SIMPSON
                                                     Assistant United States Attorney

1       GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2       IT IS HEREBY ORDERED that the status conference scheduled for November 14, 2006, is continued to December 12, 2006, at 9:00 a.m. and that the period from November 14, 2006 to December 12, 2006 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(a), and (B)(iv).

DATED: 11/14/06

                                           _____
                                           SAUNDRA B. ARMSTRONG
                                           District Judge
                                           United States District Court