COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
CURTIS DENTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-00501 SBA |
| Plaintiff, ) | STIPULATION AND ORDER REQUESTING CALENDAR SETTING |
| vs. ) | |
| CURTIS DENTON, ) | |
| Defendant. ) | |

Defendant CURTIS DENTON, by and through his attorney, Colin Cooper, and the United States, by and through Special Assistant United States Attorney Lucinda Simpson, hereby request that the above-captioned case be placed on calendar on March 13, 2007 at 9:00 a.m. for status and trial setting.

DATED: March 7, 2007        /s/ COLIN L. COOPER
                            Attorney for Defendant CURTIS DENTON

DATED: March 7, 2007        /s/ LUCINDA SIMPSON
                            Special Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the request of the parties:

IT IS HEREBY ORDERED that the above-captioned case is placed on calendar on March 13, 2007 at 9:00 a.m. for status and trial setting.

DATED: 3/12/07              _Saundra B. Armstrong_
                            SAUNDRA B. ARMSTRONG
                            District Judge
                            United States District Court

-1-