

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

CURTIS ANDREW DENTON,

    Defendant(s).
_____/

No. CR06-0501-SBA-01

ORDER FOR RELEASE FROM FEDERAL CUSTODY

The defendant(s) having appeared before the undersigned Magistrate Judge, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

Dated: November 27, 2017

KANDIS A. WESTMORE
United States Magistrate Judge